# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Frederick Dewayne Hines, | Civil No. 18-3004 (DWF/KMM) |
| Plaintiff, | |
| v. | |
| Gov. Mike Dayton, Commissioner Thomas Roy, Attorney General Lori Swanson, Michelle Smith, David Rheisus, Sherlinda Wheeler, Stephan Cranna, Barb Manor, Jamie Peterson, Elaine Crowe, Coleen Loucks, Carla Thompson, Brenda Smith, Truman Clate, Chong Lor, Kathy Reid, Dana Hill, Katherine Uhl, Jane Doe ("Skinny Minny" RN), John Doe (RN), Nanette Larson, Sgt. Glen Lisowy, Sgt. Shawn Herrington, Sgt. Jeffrey Gutzmer, Joseph Priase, Sgt. Matthew Johnson, Sgt. Lon Hovak, Brandon Huynh, Craig Thacker, | **ORDER** |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez, dated December 10, 2019. (Doc. No. 18.) No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Katherine Menendez's Report and Recommendation dated December 10, 2019 (Doc. No. [18]) is **ADOPTED.**

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R.Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 29, 2020
                                    s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge